

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Mario Alberto Briones, Appellant

No. 06-20-00077-CR     v.

The State of Texas, Appellee

Appeal from the 76th District Court of Camp County, Texas (Tr. Ct. No. CF-19-01959). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Mario Alberto Briones, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 16, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk